FILED
9/16/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 91 (Rev. 11/11) Criminal Complaint AUSA Matthew Skiba (312) 353-3148

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA<br><br>v.<br><br>JESUS CABRERA-MONJE | CASE NUMBER: 25 CR 578 |
|---|---|

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 3, 2025, at Crest Hill, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1326(a). | reentry of removed alien, by being present and found in the United States after having been previously removed |

This criminal complaint is based upon these facts:

_X_ Continued on the attached sheet.

Digitally signed by RENEE D FALS
Date: 2025.09.16 14:10:37 -05'00'

RENEE FALS
Deportation Officer, Immigration & Customs Enforcement (ICE)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: September 16, 2025

*Judge's signature*

City and state: Chicago, Illinois

Keri L. Holleb Hotaling, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**AFFIDAVIT**

I, RENEE FALS, being duly sworn, state as follows:

1. I am a Deportation Officer with the United States Immigration and Customs Enforcement (ICE) and have been employed by ICE for 18 years. My current responsibilities include the apprehension of criminal aliens. I have received training concerning immigration laws, policies, and procedures, including those related to the reentry of previously deported aliens. In particular, I have successfully completed basic immigration law enforcement training, as required by Title 8, Code of Federal Regulations, Section 287.5(e)(3)(iv).

2. This affidavit is submitted in support of a criminal complaint alleging that Jesus CABRERA-MONJE has violated Title 8, United States Code, Section 1326(a), reentry of removed alien, by being present and found in the United States after having previously been removed. Because I submit this affidavit for the limited purpose of establishing probable cause to support a criminal complaint charging CABRERA-MONJE with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe establish that CABRERA-MONJE committed the offense stated in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers and by other persons identified in

this affidavit, and my review of records maintained by ICE, other components of the Department of Homeland Security (DHS), and other government agencies.

4. According to DHS records, CABRERA-MONJE is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence. DHS records reflect that CABRERA-MONJE was born in Mexico in 1997.

5. According to DHS records, on or about October 20, 2023, CABRERA-MONJE was convicted of aggravated robbery with a firearm, in violation of 720 ILCS 5/18-1(b)(1), and received a six-year prison sentence.

6. According to DHS records, on or about November 8, 2024, an Immigration Official in Chicago, Illinois ordered that CABRERA-MONJE be removed from the United States.

7. According to DHS records, on or about November 22, 2024, CABRERA-MONJE was removed from the United States to Mexico through Brownsville, Texas. CABRERA-MONJE's DHS I-205 form associated with this removal reflects that DHS officials obtained CABRERA-MONJE's right index fingerprint.

8. DHS records reflect that CABRERA-MONJE reentered the United States after his 2024 removal, at an unknown place and time.

9. DHS records reflect that CABRERA-MONJE has not applied for or received permission from the Secretary of the Department of Homeland Security to re-enter the United States.

10. DHS records reflect that on or about September 3, 2025, CABRERA-MONJE was admitted to the Stateville Correctional Center in Crest Hill, Illinois and

fingerprinted. The fingerprints were electronically uploaded into the Federal Bureau of Investigations, Integrated Automated Fingerprint Identification System ("IAFIS").

11. On September 12, 2025, Homeland Security Investigations Forensic Laboratory conducted a visual fingerprint comparison analysis between the fingerprints taken on or about November 22, 2024, and on or about September 3, 2025, and verified that CABRERA-MONJE is the same person who was removed from the United States on or about November 22, 2024.

12. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about September 3, 2025 at Crest Hill, Illinois, in the Northern District of Illinois, Eastern Division, CABRERA-MONJE, being an alien who last removed from the United States on or about November 22, 2024, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NOT.

Digitally signed by RENEE D FALS
Date: 2025.09.16 14:11:15 -05'00'

RENEE FALS
Deportation Officer, Immigration & Customs Enforcement

FURTHER AFFIANT SAYETH NOT.

Digitally signed by RENEE D FALS
Date: 2025.09.16 14:17:58 -05'00'

RENEE FALS
Deportation Officer, Immigration & Customs Enforcement

SWORN TO AND AFFIRMED by telephone September 16, 2025.

Honorable Keri L. Holleb Hotaling, United States Magistrate Judge